IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

L B KING,

    Plaintiff,

v.                                              CASE NO. 1:06-cv-00150-MP-AK

MID CONTINENT CASUALTY COMPANY,

    Defendant.

_____/

### O R D E R

This matter is before the Court on Doc. 8, Motion to Consolidate Cases, filed by Mid Continent Casualty Company.  A telephone hearing was held on September 15, 2006, in which counsel for both sides participated.  As discussed in the hearing, the Plaintiff asked the Court to deny the motion to consolidate as moot and rather voluntarily dismiss the instant case .  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The motion to consolidate, doc. 8, is denied as moot and this case dismissed without prejudice.  The Clerk is directed to close the file.

**DONE AND ORDERED** this *21st*  day of September, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge